

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00628-CR

**EX PARTE** Jose **ANTONIO-SANTIAGO**

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000720L1
Honorable Leticia Martinez, Judge Presiding

# O R D E R

The reporter's record was due on October 11, 2022. However, the court reporter has filed a notification of late record requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before **October 28, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court